# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMARIYO DRANE,

               Petitioner,      :      Case No. 3:18-cv-047

    - vs -                           District Judge Thomas M. Rose
                                           Magistrate Judge Michael R. Merz

WARDEN, Corrections Reception Center,
et al.,

                                           :

               Respondents.

## TRANSFER ORDER

This is an action for writ of habeas corpus under 28 U.S.C. § 2241. The Petition was mailed to the Dayton location of court by Petitioner (ECF No. 1-4, PageID 30) and therefore filed here and assigned to Dayton judicial officers.

However, the Petition discloses that the underlying criminal conviction occurred in the Franklin County Common Pleas Court (Petition, ECF No. 1, ¶ 18, PageID 4). S. D. Ohio Civ. R. 82.1(f) provides that "[a] habeas corpus action shall be filed at the location of Court that serves the county in which the state-court judgment[1] that is the subject of the habeas petition was filed." That location of court is Columbus. S. D. Ohio Civ. R. 82.1(b). Litigants are not permitted to choose a location of court for filing because that practice would facilitate judge-shopping and disrupt the allocation of work among the judicial officers of the District.

---

[1] The Magistrate Judge appreciates that Mr. Drane purports to be challenging not the underlying criminal judgment, but the imposition of post-release control sanctions by the Ohio Adult Parole Authority. That does not change the appropriate venue within the District.

1

Therefore the Clerk is ORDERED to transfer this case to the Eastern Division at Columbus for reassignment to a District Judge resident at that location and referral to a Magistrate Judge in accordance with the Eastern Division General Order of Reference.

February 16, 2018.

s/ *Michael R. Merz*<br>
United States Magistrate Judge